**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

R. Chadwick Edwards, Jr.
Edwards & Edwards
P. O. Box 217
Abbeville LA 70511-0217

**REHEARING ACTION: February 11, 2015**

**Docket Number: 13   01166-CW consolidated with 559-CA**

**HAMPTON F. CAMPBELL, ET AL.**
**VERSUS**
**PROGRESSIVE LAND CORPORATION,**
**ET AL.**

**Writ Application from Vermilion Parish Case No. 12-95805, 12-97089**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Peggy Rose, Jeffery and Geraldine Campbell, and D&T**

**Crawfish, LLC** has this day been

**DENIED.**

cc: Paul Nicholls DeBaillon, Counsel for the Respondent
    Daniel M. Landry, III, Counsel for the Respondent
    William J. Riley, III, Counsel for the Respondent
    Jeffrey Ackermann, Counsel for the Respondent